FILED

04/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0512

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 23-0512

RICHARD E. SHREVES,

      Petitioner and Appellant.

vs.

MONTANA DEPARTMENT OF LABOR and INDUSTRY,
CORRECTIONAL HEALTH CARE REVIEW TEAM,
DEPARTMENT OF CORRECTIONS and PAUL REES,

      Respondents and Appellees.

## GRANT OF EXTENSION

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellees are given an extension of time until June 7, 2024, to prepare, file, and serve their answer briefs.

**AS ELECTRONICALLY SIGNED BELOW**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 19 2024